UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>  Petitioner,<br><br>  v.<br><br>STU SHERMAN,<br><br>  Respondent. | Case No. 18-CV-7509 LHK (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner who is incarcerated at the Substance Abuse Treatment Facility and State Prison in Corcoran, California, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges the manner in which time credit provisions are applied to his state conviction. Venue for a habeas action is proper in either the district of confinement or the district of conviction, *see* 28 U.S.C. § 2241(d). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Here, the Eastern District of California is the district of confinement.

Accordingly, this case is **TRANSFERRED** to the United States District Court for the

Case No. 18-CV-7509 LHK (PR)
ORDER OF TRANSFER

Eastern District of California.  *See* 28 U.S.C. § 1406(a).  All pending motions are terminated on this Court's docket as no longer pending in this district.  The Clerk shall transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 1/25/2019

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-7509 LHK (PR)
ORDER OF TRANSFER